**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANGEL RUBEN UYAGUARI-LLIVICURA | No. 2:26-mj-00024-SDN |

**STATUS REPORT**

The United States of America respectfully informs the Court, as required by the Order (Dkt. 27) dated June 24, 2026, that—according to the publicly available docket record—the Court of Appeals for the First Circuit has not yet decided the pending matter of *United States v. Pena de la Cruz,* No. 25-1648 (1st Cir.).

Dated: August 24, 2026

Respectfully submitted,

ANDREW B. BENSON
United States Attorney

BY: */s/ Nicholas Heimbach*
Assistant United States Attorney
U.S. Attorney's Office
100 Middle Street, East Tower, 6th Floor
Portland, ME 04101
(207) 780-3257
Nicholas.heimbach@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2026, I electronically filed the foregoing Status Report with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Caleigh Milton, Esq.
Counsel for the Defendant

ANDREW B. BENSON
United States Attorney

BY: *<u>/s/ Nicholas Heimbach</u>*

Assistant United States Attorney
U.S. Attorney's Office
100 Middle Street, East Tower, 6th Floor
Portland, ME 04101
(207) 780-3257
Nicholas.heimbach@usdoj.gov