**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANGEL RUBEN UYAGUARI-LLIVICURA | No. 2:26-mj-00024-SDN |

**STATUS REPORT**

The United States of America respectfully informs the Court that the Court of Appeals for the First Circuit issued a decision in *United States v. Pena de la Cruz,* --F.4th---, 2026 WL 2676332 (1st Cir. Sept. 11, 2026). The Court of Appeals held that the District Court abused its discretion in dismissing Pena de la Cruz's indictment with prejudice. 2026 WL 2676332, at *4, 6. The Court of Appeals further held that, "in determining which circumstances are so clearly contrary to the public interest so as to warrant the entry of dismissal with prejudice, courts may consider those limited circumstances where dismissal without prejudice would raise a patent threat of unfairness to the defendant[,]" such as prosecutorial harassment and prosecutorial bad faith. *Id.* at *6 (citation omitted, cleaned up).

Dated: September 15, 2026

Respectfully submitted,

ANDREW B. BENSON
United States Attorney

BY: /s/ *Nicholas Heimbach*
Assistant United States Attorney
U.S. Attorney's Office
100 Middle Street, East Tower, 6th Floor
Portland, ME 04101
(207) 780-3257
Nicholas.heimbach@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2026, I electronically filed the foregoing Status Report with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Caleigh Milton, Esq.
Counsel for the Defendant

ANDREW B. BENSON
United States Attorney

BY: */s/ Nicholas Heimbach*

Assistant United States Attorney
U.S. Attorney's Office
100 Middle Street, East Tower, 6th Floor
Portland, ME 04101
(207) 780-3257
Nicholas.heimbach@usdoj.gov